IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROSALIND BACON,

    Plaintiff,

v.

ROSALYN FRAZIER, *et al.*,

    Defendants.

CIVIL ACTION NO.: 4:19-cv-300

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's February 10, 2020, Report and Recommendation, (doc. 8), to which Plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 8), as the opinion of the Court and **DISMISSES** Plaintiff's Complaint against defendants Rosalyn Frazier, Lisa Avilla, Mark Brown, and Michael Bausman **WITHOUT PREJUDICE**.

The Magistrate Judge allowed plaintiff an opportunity to amend her claims under the Age Discrimination in Employment Act (ADEA). No amendment was filed within the time allotted. The Court construes this failure to amend as a voluntary dismissal of plaintiff's ADEA claims. Therefore, the ADEA claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 1st day of April, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA