# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ROSALIND BACON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. |
| CITI TRENDS, INC., | ) ) | 4:19-cv-00300-RSB-CLR |
| Defendant. | ) ) ) | |

## ORDER ON JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
## AND MOTION TO STAY ALL DEADLINES

The Parties report that a settlement in principle has been reached in this action. It is therefore ordered that all dates and deadlines previously established are stayed pending the parties' finalizing the settlement terms and documents. Counsel are directed to proceed to finalize the settlement terms and documents and to file the appropriate dismissal papers with the Court within 60 days from the date of this Order.

So Ordered.

Date: November 19, 2020

_____
Christopher L. Ray
U.S. Magistrate Judge
Southern District of Georgia