AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ROSALIND BACON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-300

CITI TRENDS, INC.,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated March 31, 2021, the Court dismisses this case with prejudice, denies the parties' request that the Court retain jurisdiction as expressly stated in their stipulation, and retains jurisdiction to enforce the terms of the settlement agreement reached by the parties in this case, if necessary. This case stands closed.

Approved by: _____

| March 31, 2021 | John E. Triplett, Acting Clerk of Court |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/1/03